UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOIVO L. REDDITT,

    Plaintiff,

  v.

SU NAM LEE,

    Defendant.

Case No. C06-486RSL

ORDER OF DISMISSAL

    This matter comes before the Court *sua sponte*. Plaintiff Toivo Redditt, who is proceeding *pro se*, filed a complaint for non payment of child support. On April 19, 2006, the Court ordered plaintiff to show cause why his complaint should not be dismissed for two reasons: (1) plaintiff alleges claims under 18 U.S.C. § 228, 28 U.S.C. § 1738A, and various subsections of 28 U.S.C. § 1738B, but those statutes do not provide for a private cause of action, and (2) the allegations of the complaint raise issues that appear to fall squarely within the domestic relations exception to federal jurisdiction.

    Plaintiff filed a response on May 26, 2006. He does not dispute that the statutes he cites in his complaint do not provide for a private cause of action. Furthermore, although plaintiff alleges that the state failed "to follow its own rules" and evidenced gender bias, he has not sued any government entity. Response to Order to Show Cause at p. 2. Instead, the only defendant is Ms. Lee, the child's mother. Most tellingly, the only relief plaintiff seeks is for Ms. Lee to "pay

ORDER OF DISMISSAL - 1

1  what she owes her son." Id. Adjudication of plaintiff's claims would interfere with the state's
2  child support obligations. Therefore, even if plaintiff's complaint stated a valid claim, which it
3  does not, the Court would decline jurisdiction.
4       Accordingly, plaintiff's complaint is DISMISSED.

6       DATED this 1st day of June, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2